**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie Mueller, | No. CV-20-00045-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| Car Wash Partners Incorporated, | |
| Defendant. | |

Pending before the Court is the parties' proposed Stipulation to Dismiss (Doc. 71) pursuant to Rule 41(a)(2), Fed. R. Civ. P., filed on December 6, 2021, by Plaintiff Stephanie Mueller ("Plaintiff") and Defendant Car Wash Partners Incorporated ("Defendant"). The Stipulation seeks dismissal with prejudice, each party to bear their own costs and attorneys' fees. Good cause appearing,

**IT IS ORDERED GRANTING** the parties' Stipulation to Dismiss (Doc. 71).

**IT IS FURTHER ORDERED DISMISSING WITH PREJUDICE** Plaintiff's Complaint (Doc. 1), with each party to bear their own fees and costs. The Clerk of the Court shall close the case.

Dated this 6th day of December, 2021.

Honorable John C. Hinderaker
United States District Judge